ANGORA ENTERPRISES, INC., and Joseph Kosow, Plaintiffs-Appellants,

v.

CONDOMINIUM ASSOCIATION OF LAKESIDE VILLAGE, INC., Defendant-Appellee.

No. 85–5525.

United States Court of Appeals, Eleventh Circuit.

Dec. 3, 1986.

Linda Raspolich Pratt, Abrams, Anton, Robbins, Resnick, Schneider & Mager, P.A., Hollywood, Fla., Bruce Rogow, Ft. Lauderdale, Fla., for plaintiffs-appellants.

Mark B. Schorr, Ft. Lauderdale, Fla., for defendant-appellee.

Before FAY, CLARK and NIES *, Circuit Judges.

* Honorable Helen W. Nies, U.S. Circuit Judge for the Federal Circuit, sitting by designation.

* Honorable Helen W. Nies, U.S. Circuit Judge for the Federal Circuit, sitting by designation.

## ON PETITION FOR REHEARING

(Opinion August 11, 1986, 11 Cir., 1986, 796 F.2d 384)

PER CURIAM:

The appellee has filed a Petition for Panel Rehearing in which it urges that a state court order entered subsequent to the district court order has rendered this controversy moot.

We do not address this issue and leave it for the district court to resolve if presented to that court.

The Petition for Rehearing is DENIED.